UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-23216-CIV-MARTINEZ/AOR

DR. KURT MARIN and
MAURICE SYMONETTE,

       Plaintiffs,

v.

HSBC BANK USA,
National Association, as Trustee for the
Holders of Nomura Home Equity Loan Inc.,
Home Equity Loan Trust, Series 2007-1,
ALBERTEILLI LAW, ASHLEIGH C.
MCKENZIE, ESQ.,

       Defendants.
_____/

## ORDER OF RECUSAL

THE UNDERSIGNED MAGISTRATE JUDGE, to whom the above-styled case has been assigned, hereby recuses herself and refers the case to the Clerk of Court for reassignment.

DONE AND ORDERED in Chambers at Miami, Florida this 5th day of September, 2017.

                                              ALICIA M. OTAZO-REYES
                                              UNITED STATES MAGISTRATE JUDGE

In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to the calendar of Magistrate Judge _____.

All documents for filing this case shall carry the following case number and designation:

_____.

BY ORDER of the Court this _____ day of September, 2017.

CLERK OF COURT

BY: _____
Deputy Clerk

Copies furnished via CM/ECF to:

United States District Judge Jose E. Martinez

Copies furnished by mail to:

Maurice Symonette
10290 SW 58th Street
Miami, FL 33173

Kurt Marin
10290 SW 58th Street
Miami, FL 33173