FILED by \_\_\_ D.C.

FEB 27 2018

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 17-CV-23216-JEM/WCT

MAURICE SYMONETTE, KURT MARIN     case: 1:17-Cv-23216-JEM/WCT
     Plaintiffs,

Vs.

HSBC BANK US, NATIONAL ASSOCIATION,
AS TRUSTEE FOR THE HOLDERS OF NOMURA
HOME EQUITY LOAN INC. HOME EQUITY LOAN
TRUST SERIES 2007-1, ALBERTELLI LAW and
ASHLEIGH C. MCKENZIE, ESQ,
     Defendants

_____/

## MOTION TO RECONSIDER

     COMES NOW Plaintiffs with motion to Reconsider in response to report and recommendation from the Court. We are getting ready to refile, the causes of action on this case is Federal, The trust for the property does not exhist any longer also we will show forms for kurt marin to file for indegency also, and Mauric Symonette is working for a non-profit organization but the organization is not making any money now. All the exhibits are being filed for this case tomorro, because the Clerk of the court had said that we could bring the exhibits in After the indigency has been approved if we wanted.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT BY US MAIL TO: ALBERTELLI LAW P.O. BOX 23028 TAMPA, FL. 33623  PH: 813 221-4743

RESPECTFULLY SUBMITTED

Maurice Symonete
10290 SW 58TH ST.
MIAMI, FL.33173

KURT MARIN
10290 SW 58TH ST.
MIAMI, FL. 33173